IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

K.C. PHARMACEUTICALS, INC.,

       Plaintiff,

-vs-                                  No.  05-CV-255 DRH

JAMES F. STRIETER,

       Defendant.

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came to hearing before the Court on cross motions for summary judgment.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion is **GRANTED** and Defendant's motion is **DENIED.**  Judgment is entered in favor of Plaintiff **K.C. PHARMACEUTICALS, INC.**  and against Defendant **JAMES F. STRIETER** in the sum of $81,948.11.

                                               **NORBERT G. JAWORSKI, CLERK**

March 23, 2006                                  By:  s/Patricia Brown
                                                               Deputy Clerk

APPROVED:/s/         David   RHerndon
                 **U.S. DISTRICT JUDGE**